Dismissed and Memorandum Opinion filed August 18, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00640-CR

____________

 

JOHNNY JOE SALAZAR, JR., Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 183rd District Court


Harris County, Texas

Trial Court Cause No. 1285000

 



 

MEMORANDUM
 OPINION

Appellant entered a guilty plea to burglary of a habitation
with the intent to commit theft.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on June
17, 2011, to confinement for three years in the Institutional Division of the
Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  We dismiss the appeal. 

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification.  See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Frost, Seymore, and Jamison.

Do Not Publish — Tex. R. App. P. 47.2(b)